UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62286-CIV-LENARD/O'SULLIVAN

LILLIE ROBINSON,

    Plaintiff,

v.

VALIMPORT AND EXPORT CORP.,
a Florida for-profit corporation d/b/a
ONE PRICE DRY CLEANER; MR.
DRYKLEEN CORPORATION, a
Florida for-profit corporation, IVAN
E. VALENZUELA, an individual, d/b/a
TONI'S CLEANERS; IVAN A.
VALENZUELA, an individual, d/b/a
TONI'S CLEANERS; MESKA IMAGE,
LLC, a Florida Limited Liability Company
d/b/a ONE PRICE DRY CLEANER,
JUAN E. BUSTILLO, ROSA A.
BUSTILLO and ANACONDA CLEANERS,
INC. d/b/a Toni's Cleaners,

    Defendants.
_____/

## ORDER

    THIS MATTER is before the Court on the Plaintiff's Unopposed Motion to Require the Cooperation of Defendants Juan E. Bustillo and Rosa A. Bustillo (DE# 35, 1/17/14). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). Having received no response from defendants Juan E. Bustillo and Rosa A. Bustillo, and a response having been due, it is

    ORDERED AND ADJUDGED that the Plaintiff's Unopposed Motion to Require

the Cooperation of Defendants Juan E. Bustillo and Rosa A. Bustillo (DE# 35, 1/17/14) is **GRANTED**. It is further

ORDERED AND ADJUDGED that **on or before Tuesday, February 18, 2014**, defendants Juan E. Bustillo and Rosa A. Bustillo shall provide their contact information including their telephone number, email address and fax number to the plaintiff's counsel and the defendants' counsel. Defendants Juan E. Bustillo and Rosa A. Bustillo are required to appear in person at the **March 21, 2014** settlement conference before the undersigned. The failure to comply with this Order or cooperate with opposing counsel could result in sanctions against Juan E. Bustillo and/or Rosa A. Bustillo.

**DONE AND ORDERED** in Chambers at Miami, Florida this **4th** day of February, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:

Juan E. Bustillo
7268 West Oakland Park Blvd.
Lauderhill, FL 33313

Rosa A. Bustillo
7268 West Oakland Park Blvd.
Lauderhill, FL 33313